# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MARGARITO TAN DOMANTAY,

      Appellant,

v.                                            Case No. 8:08-cv-00619-T-24

TERRY SMITH,

      Appellee.
_____/

## ORDER

This cause comes before the Court on Appellant's Motion for Leave to Appeal *In Forma Pauperis* and associated Affidavit (Doc. No. 22, 23). By this motion, Appellant, Margarito Tan Domantay, seeks leave to proceed *in forma pauperis* on appeal from this Court's Order affirming the decision of the bankruptcy court and the associated judgment in favor of the Appellee (Doc. No. 18, 19). For the reasons stated below, Appellant's motion is denied.

Rule 24 of the Federal Rules of Appellate Procedure and 28 U.S.C. § 1915 govern the determinations of applications to proceed *in forma pauperis* on appeal. Procedurally, Rule 24 requires that a party seeking to appeal *in forma pauperis* must set forth in his motion a detailed account of his inability to pay, a claim of entitlement to redress, and a statement of the issues that the party intends to present on appeal.

Appellant's motion fails to meet the standard set forth in Rule 24. While Appellant has prepared a written motion (unlike Appellant's last Motion for Leave to Appeal *In Forma Pauperis* (Doc. No. 13) which consisted only of an Affidavit), this motion fails to set forth any legal issues or arguments that Appellant plans to present on appeal. Appellant merely states that

he has "experienced great prejudice" and "has received biased and prejudicial justice" at the hands of the bankruptcy trustee, this Court, and the entire judicial system in the city of Tampa and asserts that he has "lots of legal issues and arguments" that should be heard by the Eleventh Circuit.

In addition, 28 U.S.C. § 1915(a)(3) provides that an appeal may not be taken *in forma pauperis* if the court "certifies in writing that it is not taken in good faith." In this case, the Court finds that the instant appeal is not being brought in good faith. Appellant's initial appeal to this Court was brought without any valid legal basis. Appellant has since sought to appeal an interlocutory order of this Court without stating any legal foundation. In support of the instant appeal, Appellant does nothing more than restate his claims that the judicial system is somehow prejudiced or bias against him. This does not constitute legal grounds for an appeal.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

(1)  Appellant's Motion for Leave to Appeal *In Forma Pauperis* (Doc. No. 22) is **DENIED**; and

(2)  The Court hereby certifies that the appeal is not taken in good faith; and

(3)  In accordance with Rule 24(a)(4), the Clerk is directed to notify the Court of Appeals of this Court's rulings herein.

**DONE AND ORDERED** at Tampa, Florida, this 18th day of August, 2008.

Copies to:
Counsel of Record
Pro se Appellant

SUSAN C. BUCKLEW
United States District Judge